RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MONIQUE KIRTLEY
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702)388-6261

Attorney for:
 JORGE FRANCO-IBARRA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORGE FRANCO-IBARRA<br><br>Defendant. | 2:14-cr-173-JCM-PAL<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Robert A. Bork, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and MONIQUE KIRTLEY, Assistant Federal Public Defender, counsel for JORGE FRANCO-IBARRA that the sentencing hearing scheduled on Thursday, March 5, 2015 at 10:00 a.m.,, be vacated and be continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.     The defendant is in custody but does not oppose a continuance.

2.     Client's family members will be traveling to the area from Mexico during the month of May and wish to be present in support of the defendant during the sentencing hearing.

/ / /

3. Undersigned counsel needs additional time to receive, translate and present letters of support for the defendant from his family in Mexico.

4. This is the first request for a continuance of the sentencing hearing.

DATED: February 26, 2015

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN,<br>United States Attorney |
| By: /s/ Monique Kirtley<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | By: /s/ Robert A. Bork<br>ROBERT A. BORK<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JORGE FRANCO-IBARRA<br><br>  Defendant. | 2:14-cr-173-JCM-PAL<br><br>ORDER |

**ORDER**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, title 18, United States Code, § 3161 (h)(7)(A), when the considering the facts under Title 18, United States Code, §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the Sentencing currently scheduled for Thursday, March 5, 2015 at 10:00 a.m., be vacated and continued to May 14, 2015 at the hour of 10:00 a.m.

DATED February 26, 2015.

_____
UNITED STATES DISTRICT JUDGE

3