```
                          FILED              RECEIVED
                          ENTERED            SERVED ON
                                        COUNSEL/PARTIES OF RECORD

                                    AUG 17 2015

                                    CLERK US DISTRICT COURT
                                      DISTRICT OF NEVADA
                          BY:                            DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,    )   Case No. 2:14-cr-00173-JCM-PAL
      Plaintiff,            )
                             )   **ORDER TEMPORARILY UNSEALING**
vs.                          )   **TRANSCRIPT**
JORGE FRANCO-IBARRA,         )
      Defendant.            )
_____)

      On August 14, 2015, Katherine Eismann, Official Court Reporter, received a Transcript Order from Amy B. Cleary, counsel for defendant, requesting a transcript of the sealed hearing October 9, 2014, in the above-entitled matter.

      **IT IS THE ORDER OF THE COURT** that the sealed hearing shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Amy B. Cleary.

      **IT IS FURTHER ORDERED** that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remain sealed until further order of the Court.

      **IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

      **DATED** this 17th day of Aug. 2015.

                                                        _____
                                                          JAMES C. MAHAN
                                                          U.S. District Court Judge