STEVEN W. MYHRE
Acting United States Attorney
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
richard.lopez2@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00173-JCM-PAL |
| Plaintiff, | GOVERNMENT'S MOTION TO CONTINUE RESENTENCING |
| vs. | (Second Request) |
| JORGE FRANCO-IBARRA, | |
| Defendant. | |

The United States of America, by and through Steven W. Myhre, Acting United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, respectfully moves this Honorable Court for an Order vacating the resentencing of Defendant Jorge Franco-Ibarra currently scheduled for 10:00 a.m. on July 17, 2017, and setting that resentencing for July 24, 2017, or another date convenient for the Court.

Good cause exists to continue the resentencing for the following reasons:

1. The Defendant remains in the custody of the Bureau of Prisons and would be unable to attend the resentencing on the currently scheduled date.

1         2.        On June 16, 2017, the Government submitted a request to the Bureau of Prisons for the production of the Defendant in this District so that the Court may resentence the Defendant in accordance with the Ninth Circuit's memorandum disposition in the Defendant's appeal.

3. On June 30, 2017, the U.S. Marshals informed the Government that the Defendant is scheduled to arrive in Las Vegas, Nevada on July 13.

4. On July 14, 2017, the U.S. Marshals informed the Government that the Defendant is now scheduled to arrive in Las Vegas, Nevada on July 18.

5. Defense counsel informed the Government that she is unable to contact the Defendant while he is in the custody of the Bureau of Prisons and therefore cannot obtain his consent to a continuance.

6. Defense counsel informed the Government that she is unavailable on July 19, 20, and 21, 2017.

7. Counsel for the Government is not available the morning of July 26, but is otherwise available the week of July 24, 2017.

8. Because the Defendant will not be present in the District on the currently scheduled date for resentencing, a brief continuance of the resentencing will promote the efficient use of judicial and attorney resources.

DATED this 14th day of July, 2017.

Respectfully submitted,
STEVEN W. MYHRE
Acting United States Attorney

/s/ *Richard Anthony Lopez*
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00173-JCM-PAL |
|---|---|
| Plaintiff, | |
| vs. | |
| JORGE FRANCO-IBARRA, | |
| Defendant. | |

**ORDER**

Based on the pending Motion of the Government, and good cause appearing therefor,

IT IS HEREBY ORDERED that the resentencing scheduled for 10:00 a.m. on July 17, 2017, is VACATED and continued to J<u>uly 31, 2017 at 10:30 a.m., in Las Vegas Courtroom 6A before Judge James C. Mahan.</u>

DATED this <u>17th</u> day of July, 2017.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Richard Anthony Lopez, hereby certify that I am an employee of the United States Attorney's Office for the District of Nevada and that on this day I served an electronic copy of the above GOVERNMENT'S MOTION TO CONTINUE RESENTENCING (Second Request) on Counsel of Record via Electronic Case Filing (ECF).

Dated: July 14, 2017

/s/ *Richard Anthony Lopez*
RICHARD ANTHONY LOPEZ
Assistant United States Attorney